UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BAHAA E. ISWED, #272102,    )<br>           Plaintiff,    )<br>                                )<br>-v-                             )<br>                                )<br>PATRICIA CARUSO, MARY BERGHUIS,    )<br>WRIGHT WADE, and G. RILEY,    )<br>           Defendants.    )<br>_____)   | No. 1:08-cv-1118<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendants in their official capacity.

Defendants are hereby **ORDERED** to allow Plaintiff Iswed, beginning no later than 56 days from this date, to make telephone calls to family members in Jordan and Romania in the same manner as other inmates are allowed to make domestic telephone calls.  Plaintiff shall bear the toll costs associated with connectivity between his place of incarceration and the phone numbers in Jordan and Romania for each call he places.  This injunction shall expire one year from the date of this order.  However, Plaintiff may seek extension of the injunction if circumstances continue to justify the same.  Defendants may oppose an extension on any ground pertinent to the then-existing circumstances.

Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**

Date:   December 10, 2012                                /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge